UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YAN BARSHAY,<br><br>                           Plaintiff,<br><br>             -v.-<br><br>MAHESH NAITHANI,<br><br>                           Defendant. | 20 Civ. 8579 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

    Due to the Court's trial schedule, the telephone conference scheduled in this matter for February 15, 2022, at 2:00 p.m. is hereby ADJOURNED to 3:00 p.m. on the same day. The dial-in information is as follows: At 3:00 p.m., the parties shall call (888) 363-4749 and enter access code 5123533. Please note, the conference will not be available prior to 3:00 p.m.

    SO ORDERED.

Dated:  February 10, 2022
          New York, New York

*Katherine Polk Failla*
KATHERINE POLK FAILLA
United States District Judge