UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YAN BARSHAY,<br><br>                           Plaintiff,<br><br>            -v.-<br><br>MAHESH NAITHANI,<br><br>                           Defendant. | 20 Civ. 8579 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Plaintiff's letter requesting leave to file a second amended complaint in this action. (Dkt. #25). Federal Rule of Civil Procedure 15(a)(2) provides that a court should freely give leave to amend "when justice so requires." Fed. R. Civ. P. 15(a)(2); *see also McCarthy* v. *Dun & Bradstreet Corp.*, 482 F.3d 184, 200 (2d Cir. 2007). Therefore, Plaintiff's request is GRANTED. Plaintiff shall file a second amended complaint on or before **March 9, 2022**. Defendant shall advise the Court on or before **March 23, 2022**, whether he intends to answer or otherwise respond to the second amended complaint, at which time the Court will set an appropriate schedule.

        SO ORDERED.

Dated:   February 16, 2022
         New York, New York

*[signature: Katherine Polk Failla]*

                                        KATHERINE POLK FAILLA
                                        United States District Judge